IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHRISTOPHER HOLDER and
RANDALL TAYLOR                                                                   PLAINTIFF

VS.                              4:21-CV-01086-BRW

BID GROUP CONSTRUCTION US, INC.                                DEFENDANT

## ORDER

The Joint Motion to Approve Settlement (Doc. No. 18) is DENIED, without prejudice.

When the motion is refiled, the parties must attach all correspondence related to settlement negotiations, Plaintiffs' billing records, a declaration by Plaintiffs' counsel regarding whether they will be enforcing the contingency fee agreement, and a copy of the damages calculation.

IT IS SO ORDERED this 6th day of January, 2023.

                                                              Billy Roy Wilson
                                                              UNITED STATES DISTRICT JUDGE