IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHRISTOPHER HOLDER and RANDALL                                           PLAINTIFFS
TAYLOR, Each Individually and on
Behalf of All Others Similarly Situated

VS.                                    NO. 4:21-cv-01086-BRW

BID GROUP CONSTRUCTION US, INC.                                           DEFENDANT

### RENEWED JOINT MOTION FOR APPROVAL OF FLSA LIABILITY SETTLEMENT, LEAVE TO SUBMIT CONFIDENTIAL NON-FLSA AGREEMENTS FOR *IN CAMERA* REVIEW, AND TO DISMISS WITH PREJUDICE

COME NOW Plaintiffs Christopher Holder ("Holder") and Randall Taylor ("Taylor") (collectively "Plaintiffs") and Defendant BID Group Construction U.S. Inc., by and through undersigned counsel, and for their Renewed Joint Motion for Approval of FLSA Liability Settlement, Leave to Submit Confidential Non-FLSA Agreements for *In Camera* Review, and to Dismiss with Prejudice, the Parties state:

1.  Plaintiffs filed this action against Defendant alleging overtime violations under the Fair Labor Standards Act (FLSA); Holder also asserted an overtime claim under the Arkansas Minimum Wage Act (AMWA). *See* ECF Doc. 1. Plaintiffs initially asserted their FLSA claims individually and on behalf of a class of purportedly similarly situated others, but ultimately did not pursue their claims as a collective action under the FLSA. *See id.*

2.  Following extensive negotiations and sharing of information, the Parties have reached an agreement to resolve any and all wage-related liability claims that

1

were made or could have been made by Plaintiffs in this action, subject to the Court's approval of the Parties' executed Fair Labor Standards Act Settlement Agreement and Release (the "FLSA Agreement") attached as Exhibit 1 to this Renewed Joint Motion.

3. The FLSA Agreement, if approved, will result in Defendant paying to Holder $3,810.00 and paying to Taylor $3,360.00 (the "Settlement Payments"). These Settlement Payments were calculated in the manner set forth in the brief filed in support of this Renewed Joint Motion. *See* Exhibit 1.

4. The settlement correspondence between counsel for the Parties and the initial demand damages spreadsheet compiled by Plaintiffs' counsel are attached hereto as Exhibits 2 and 3, respectively.

5. The FLSA Agreement specifically excludes a release of Plaintiffs' claims for attorneys' fees and costs, which will be resolved by a separate motion or agreement, because the Parties have yet to resolve the issue of fees and costs. *See* Exhibit 1.

6. Plaintiffs' counsel will not enforce their contingency fee agreement with Plaintiffs. The billing records of Plaintiffs' counsel are attached to this Renewed Joint Motion as Exhibit 4.

7. The Parties believe the FLSA Agreement is a fair and reasonable compromise of contested issues.

8. Separate and apart from the settlement of Plaintiffs' FLSA claims and any agreement addressing Plaintiffs' FLSA claims or related attorneys' fees/costs

claims, the Parties have executed independent confidential agreements with separate consideration providing for general releases (the "Non-FLSA Agreements"). Although the Parties are not seeking or requesting the Court's approval of the Non-FLSA Agreements, in the interest of full disclosure, the Parties jointly request that they be allowed to submit to the Court copies of the executed Non-FLSA Agreements for *in camera* review.

9. Upon approval of the FLSA Agreement, the Court should dismiss the case with prejudice and retain jurisdiction to enforce the terms of the FLSA Agreement and to decide the issue of attorneys' fees and costs.

10. This Renewed Joint Motion is supported by a contemporaneously filed brief.

WHEREFORE, Plaintiffs Christopher Holder and Randall Taylor and Defendant BID Group Construction U.S. Inc. respectfully request that the Court approve their executed FLSA Agreement, enter an order directing the Clerk of this Court to file under seal the Parties' executed Non-FLSA Agreements for *in camera* review, dismiss this lawsuit with prejudice and retain jurisdiction to enforce the terms of the FLSA Agreement and to decide the issue of attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| SANFORD LAW FIRM, PLLC<br>10800 Financial Centre Pkwy<br>Suite 510<br>Little Rock, Arkansas 72211<br>Telephone: (800) 615-4946<br>Fax: (888) 787-2040 | WRIGHT, LINDSEY & JENNINGS LLP<br>200 West Capitol Avenue, Suite 2300<br>Little Rock, AR  72201-3699<br>(501) 371-0808<br>Fax: (501) 376-9442<br>Email: jkim@wlj.com<br>             showlett@wlj.com |
| By: */s/ Josh Sanford*<br>    Josh Sanford<br>    Ark. Bar No. 2001037<br>    josh@sanfordlawfirm.com<br><br>    *Attorneys for Plaintiffs* | By: Jane A. Kim (2007160)<br>    Shelby N. Howlett (2019234)<br><br>    *Attorneys for Defendant* |

2821084-v1