# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHRISTOPHER HOLDER, ET AL.**                                                                 **PLAINTIFFS**

**VS.**                                         **4:21-CV-001086-BRW**

**BID GROUP CONSTRUCTION US, INC., ET AL.**                                      **DEFENDANTS**

## ORDER

The Joint Motion to Approve Liability Settlement (Doc. No. 21) is GRANTED.

If the parties cannot resolve attorneys' fees, Plaintiffs must file a motion by Monday, April 3, 2023. If the issue is resolved, the parties should provide notice to the Court so that the case can be closed.

Plaintiffs must provide Defendants with the relevant billing records before commencing the negotiations on attorneys' fees.

IT IS SO ORDERED this 20th day of March, 2023.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE
